

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: BRENDA C. MERIDITH
(Please print)

STREET ADDRESS: 50 HALL ROAD

CITY/STATE/ZIP: WINCHENDON, MA, 01475

PHONE NUMBER: (978) 297-1820 / (617) 543-2686

CASE NUMBER: 08CV3269
JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW

_Brenda C. Meridith_                         6-2-08
Signature                                    Date


FILED

JUN 0 6 2008 TC
Jun 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT