

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3269 | **DATE** | June 11, 2008 |
| **CASE TITLE** | Meredith v. Violetas General Contractors et al | | |

**DOCKET ENTRY TEXT:**

The Court DISMISSES Plaintiff's Complaint without prejudice for lack of subject matter jurisdiction.

■ [ For further details see text below.]    *Wm. J. Hibbler*    Docketing to mail notice.

## STATEMENT

Plaintiff Brenda Meredith sued for breach of contract invoking this Court's diversity jurisdiction under 28 U.S.C. § 1332. Meredith, however, requests relief in the amount of $50,709.06 (exclusive of interest and costs). A claim must be in excess of $75,000 to meet the jurisdictional threshold set forth in § 1332. Given the Meredith pleaded her claim precise to the penny, it appears to a legal certainty that Meredith cannot meet the jurisdictional threshold. The Court must therefore DISMISS her claim without prejudice and she must file her claim in state court.