*H*H*K*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 3 0 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BRENDA C. MEREDITH, )<br>  Plaintiff )<br> )<br> ) | |
| ) | 08-C-3269 |
| v. ) | Hon. Magistrate Judge Denlow |
| ) | |
| VIOLETAS GENERAL CONTRACTORS, )<br>  Defendant )<br> ) | |

### ANSWER TO COMPLAINT

NOW COMES the Defendant, VIOLETAS GENERAL CONTRACTORS, and in response to the complaint filed by the Plaintiff in the above-entitled cause, answers as follows:

### JURISDICTION AND VENUE

1. Defendant admits the allegations set forth in paragraph 1 of the complaint.

2. Defendant admits the allegations set forth in paragraph 2 of the complaint.

### THE PARTIES

3. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 3 of the complaint.

4. Defendant admits the allegations made in paragraph 4 of the complaint.

5. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 5 of the complaint.

### FACTS

6. Defendant admits the allegations set forth in paragraph 6 of the complaint.

7. Defendant admits the allegations set forth in paragraph 7 of the complaint.

8. Defendant admits the allegations set forth in paragraph 8 of the complaint.

9. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 9 of the complaint.

10. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 10 of the complaint.

11. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 11 of the complaint.

12. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 12 of the complaint.

13. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 13 of the complaint.

14. Defendant does not have sufficient knowledge or information to admit or deny the allegations made in Paragraph 14 of the complaint.

**Count I (Breach of Contract as to Obtaining a Valid Building Permit**

15. Defendant takes no position as to Plaintiff incorporating by reference in Paragraph 15 of the complaint.

16. Defendant denies the allegations contained in Paragraph 16 of the complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the complaint.

18. Defendant denies the allegations contained in Paragraph 18 of the complaint.

WHEREFORE, the Defendant, VIOLETAS GENERAL CONTRACTORS, petitions this Honorable Court to dismiss the Plaintiff's complaint with prejudice.

BY: _____
MARIO MARTINEZ,
PRESIDENT-VIOLETAS GENERAL CONTRACTORS


VIOLETAS GENERAL CONTRACTORS
PRO SE
3052 WEST CERMAK ROAD
CHICAGO, IL 60623
(773) 522-0695

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BRENDA C. MERIDITH
**PLAINTIFF**

CASE NO. 08-C-3269

VS.

VIOLETAS GENERAL CONTRACTORS
**DEFENDANT**

## PROOF OF SERVICE

TO: BRENDA MERIDITH
50 HALL ROAD
WINCHENDON MA 10475

TO: ANA LIDIA POP
6160 N. DAMEN AVE
CHICAGO IL 60659

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 30th day of JUNE, 2008, I served a copy of this ANSWER to each person whom it is directed by way of U.S. POSTAL SERVICE.

Name: Violetas General Contractor
Address: 3052 W Cermak Rd.
City/Zip: Chicago IL
Telephone: 773-522-0695